UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CONNIE HILBMANN, | Case No. 3:15-cv-05835-JLR-KLS |
| Plaintiff, | |
| v. | ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, hereby finds and ORDERS:

(1) the Court adopts the Report and Recommendation; and

(2) plaintiff's complaint is dismissed without prejudice.

DATED this 15th day of July, 2016.

James L. Robart
United States District Judge

ORDER - 1